[No. 8381.　Department One.　January 21, 1910.]

EDWIN HOWARD *et al.*, *Appellants*, v. THE CITY OF TACOMA *et al.*, *Respondents*.[1]

Appeal from a judgment of the superior court for Pierce county, Chapman, J., entered June 11, 1909.　Affirmed.

*Boyle, Warburton & Brockway*, for appellants.

*T. L. Stiles, Frank R. Baker*, and *F. A. Latcham*, for respondent City of Tacoma.

*H. H. Field* and *Geo. W. Korte*, for respondent Chicago, Milwaukee & St. Paul R. Co.

PER CURIAM.—This case, except that a different piece of land is involved, is almost identical in its facts with, and is governed by the rule announced in *Ettor v. Tacoma*, *ante* p. 50, 106 Pac. 478. Upon the authority of that case, the judgment of the lower court is affirmed.

ON PETITION FOR REHEARING.[2]

[Decided March 26, 1910.]

PER CURIAM.—The petition for rehearing in this case is denied on the authority of the decision this day filed in the case of *Ettor v. Tacoma*, *ante* p. 50, 107 Pac. 1061.

